# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Roberto Lozano Partida, III,<br><br>　　　　　　Defendant. | No. CR-23-00092-001-PHX-DLR<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☒ any modification of my conditions of supervised release. 18 U.S.C. §3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

4. You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to programming costs in an amount determined by the probation officer.

_____  
Roberto Lozano Partida, III  
Defendant

10/18/2024  
Date

**Melissa Grey** Digitally signed by Melissa Grey  
Date: 2024.10.18 16:16:01 -07'00'  
Melissa Grey  
U.S. Probation Officer

10/18/24  
Date

ORDER OF COURT

Considered and ordered this __30th__ day of __October__, __2024__ and ordered filed and made a part of the records in the above case.

_____  
The Honorable Douglas L. Rayes  
U.S. District Judge